

**MICHAEL P. ZWEIG**
Loeb & Loeb LLP

345 Park Avenue
New York, NY 10154-1895

Direct 212.407.4960
Main 212.407.4000
Fax 212.208.2582
mzweig@loeb.com

September 30, 2010

OCT 1 2010

BY HAND

*[handwritten note: The matter conf is cancelled, subject to determination of the pending motion 10-8-10 /s/ AKH]*

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
Room 1050
New York, New York 10007

Re: <u>Sammeth v. Rivers, et al.; S.D.N.Y. Case No. 10 Civ. 4894 (AKH)</u>

Dear Judge Hellerstein:

We represent Defendants Joan Rivers and Rugby Productions Ltd. in the above-referenced action. We write pursuant to Rule 1(D) of the Court's Individual Rules to request that the initial Case Management Conference, currently scheduled for October 22, 2010, be adjourned until October 26, 2010 at a time that is convenient for the Court. Counsel for Plaintiff, Susan Lask, Esq., joins in and consents to this scheduling request.

On September 3, 2010, we wrote to the Court requesting to adjourn the initial conference to October 18th or 19th to accommodate Plaintiff's counsel's travel schedule. On September 8th, the Court granted the parties' request, but apparently could not accommodate an appearance on October 18th or 19th, and set the date for the conference for October 22, 2010. Unfortunately, I will be out of the country traveling on that date.

In response to Plaintiff's Amended Complaint, Defendants have filed a motion to dismiss. Plaintiff's counsel has contacted us to request a briefing schedule for the motion, and we understand that counsel will shortly be submitting for the Court's consideration a stipulation providing for Plaintiff's opposition to be filed on or before October 25th, and Defendants' reply brief to be filed on or before November 5th.

Accordingly, we ask that the Case Management Conference be adjourned until after Plaintiff's opposition has been filed, and hereby request that the conference currently scheduled for October 22, 2010 at 10:00 a.m. be adjourned to October 26, 2010 at a time that is convenient for the Court, or such later date as the Court may direct. Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael P. Zweig
Loeb & Loeb LLP

*[stamp: USDC ... 10/12/10]*

Los Angeles   New York   Chicago   Nashville   www.loeb.com

NY865454.1
212581-10010

A limited liability partnership including professional corporations



cc:     Susan Lask, Esq. (via e-mail)